UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | Judge Morton Denlow |
| ROBERT ARMSTRONG | ) | |
| | ) | **08 CR 563** |
| | ) | |

## AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before Morton Denlow, a United States Magistrate Judge, and being duly sworn on oath, states: that in the Central District of Illinois, ROBERT ARMSTRONG, was charged in an indictment with a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Khaled Kayyal
Deputy United States Marshal

Subscribed and Sworn to before me this
16th day of July, 2008.

_____
MORTON DENLOW
United States Magistrate Judge

Bond set [or recommended] by issuing Court at _____

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>ROBERT ARMSTRONG<br>Chicago, IL<br><br>Defendant | **WARRANT FOR ARREST**<br><br>CASE NO. 07-30107<br><br>**SEALED**<br><br>A TRUE COPY<br>ATTEST:<br>JOHN M. WATERS, CLERK<br>BY *Christy Taylor*<br>DEPUTY CLERK<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>DATE 11-8-2007 |

TO: THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ROBERT ARMSTRONG, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with possession of a mixture and substance weighing 5 or more grams containing cocaine base, "crack", all in violation of Title 21, United States Code, §§841(a)(1) and (b)(1)(B).

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

**S/John M. Waters**
Signature of Issuing Officer

11/8/2007 Springfield, IL
Date and Location

Bail fixed at $ No Bond by Magistrate Judge Byron Cudmore.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | Title of Arresting Officer | |

upshawwarrant.wpd