# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 563 - 1 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Robert Armstrong | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 7/16/08. Defendant informed of rights. Enter order appointing Daniel Martin to represent defendant. Defendant waives his right to an identity hearing. Defendant waives his right to a detention hearing without prejudice. Defendant ordered removed in the custody of the U.S. Marshal to the Central District of Illinois, Springfield, for further proceedings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|

U.S. DISTRICT COURT

2008 JUL 17 AM 8:17

FILED