UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**                **OFFICE OF THE CLERK**
    **CLERK**             July 23, 2008

Central District of Illinois
Ms. Pamela E. Robinson, Clerk
United States District Court
151 Paul Findley Federal Building and
United States Courthouse
600 East Monroe Street
Springfield, IL 62701

**Re: U.S. -v-   Robert Armstrong  - 08 CR 563**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 563 | _X_ Order of Removal dated: 7/16/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                              Sincerely yours,

                                              Michael W. Dobbins, Clerk

                                              by: _____
                                                  Marsha E. Glenn, Deputy Clerk

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**  **OFFICE OF THE CLERK**
    **CLERK**  July 23, 2008

Central District of Illinois
Ms. Pamela E. Robinson, Clerk
United States District Court
151 Paul Findley Federal Building and
United States Courthouse
600 East Monroe Street
Springfield, IL 62701

**Re: U.S. -v-   Robert Armstrong  - 08 CR 563**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 563 | _X_ Order of Removal dated: 7/16/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| ___ Financial Affidavit | ___ Temporary Commitment |
| _X_ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
    Marsha E. Glenn, Deputy Clerk

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
   **CLERK**          July 23, 2008          **OFFICE OF THE CLERK**

Central District of Illinois
Ms. Pamela E. Robinson, Clerk
United States District Court
151 Paul Findley Federal Building and
United States Courthouse
600 East Monroe Street
Springfield, IL 62701

**Re: U.S. -v-   Robert Armstrong  - 08 CR 563**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | |
|---|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 563 | _X_ Order of Removal dated: 7/16/08 | |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings | |
| ____ Financial Affidavit | ____ Temporary Commitment | |
| _X_ Order appointing counsel | ____ Order setting conditions of release | |
| ____ CJA 20 Form | ____ Detention Order | |
| _X_ Appearance form | ____ Appearance Bond | |
| | ____ Other(see docket for entries): | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
   Marsha E. Glenn, Deputy Clerk