

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,
CLERK**                     July 23, 2008                **OFFICE OF THE CLERK**

Central District of Illinois
Ms. Pamela E. Robinson, Clerk
United States District Court
151 Paul Findley Federal Building and
United States Courthouse
600 East Monroe Street
Springfield, IL 62701

**FILED**
**JUL 2 5 2008**
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re: U.S. -v- Robert Armstrong - 08 CR 563

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 563 | _X_ Order of Removal dated: 7/16/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| ___ Financial Affidavit | ___ Temporary Commitment |
| _X_ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
Michael W. Dobbins, Clerk
by: Marsha E. Glenn, Deputy Clerk

**FILED**
JUL 29 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT