11

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 08CR563

Central District of Illinois
Ms. Pamela E. Robinson, Clerk
United States District Court
151 Paul Findley Federal Building and
United States Courthouse
600 East Monroe Street
Springfield, IL 62701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jerry Ward_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Tracy Ward
C. Date of Delivery: 7-25-08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

08 CR 563

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 7313 4818

PS Form 3811, February 2004   Domestic Return Receipt

**FILED**

JUL 29 2008 YM
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED JUL 29 2008 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 CR 563